

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00042-CR

| | | |
|---|---|---|
| LUIS GONZALEZSARCENO, Appellant | § | On Appeal from the 371st District Court |
| | § | of Tarrant County (1752003) |
| v. | § | September 25, 2025 |
| | § | Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the erroneous trial court's Article 42.015(a) finding. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker